IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------x
ARTHUR ALAN WOLK,             :
                              :
        Plaintiff             :
                              :
        v.                    :  CIVIL ACTION NO. 02-2909
                              :
UNITED STATES AIR FORCE,      :
                              :
        Defendant             :
------------------------------x
```

### MOTION OF UNITED STATES AIR FORCE TO TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, defendant United States Air Force respectfully moves to dismiss the Complaint for lack of subject matter jurisdiction, for the reasons more fully set forth in the attached memorandum of law.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney


_____
JAMES G. SHEEHAN
Assistant United States Attorney
Chief, Civil Division


_____
RICHARD M. BERNSTEIN (PA. #23044)

>Assistant United States Attorney
>615 Chestnut Street Ste. 1250
>Philadelphia PA 19106-4476
>(215) 861-8334
>(215) 861-8349 (fax)

### CERTIFICATE OF SERVICE

I hereby certify this 24th day of March, 2000, that a copy of the foregoing Defendant's First Set of Interrogatories and Request to Produce Documents Directed to Plaintiff and Notice of Depositions Upon Oral Examination was served by United States Mail, postage prepaid, first-class on:

>Anna M. Durbin, Esquire
>50 Rittenhouse Place
>Ardmore PA 19003-2276

>_____
>RICHARD M. BERNSTEIN
>Assistant United States Attorney