```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
------------------------------x
ARTHUR ALAN WOLK,             :
                              :
       Plaintiff              :
                              :
       v.                     : CIVIL ACTION NO. 02-2909
                              :
UNITED STATES AIR FORCE,      :
                              :
       Defendant              :
------------------------------x
```

## PRAECIPE TO FILE ATTACHMENTS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

      Kindly file the hard copy attachments to Reply Brief in Support of Motion of United States Air Force to Dismiss for Lack of Subject Matter Jurisdiction which consist of (a) Declaration of Angelica Cordero, and (b) Declaration of Lt. Col. James T. Hedgepeth. The original attachments are being hand delivered this day to the Office of the Clerk.

                                      Respectfully submitted,

                                      PATRICK L. MEEHAN
                                      United States Attorney


                                      _____
                                      RICHARD M. BERNSTEIN (PA. #23044)
                                      Assistant United States Attorney
                                      615 Chestnut Street Ste. 1250
                                      Philadelphia PA 19106-4476
                                      (215) 861-8334
                                      (215) 861-8349 (fax)

## CERTIFICATE OF SERVICE

I hereby certify this 12th day of July, 2002, that a copy of the foregoing Praecipe to File Attachments was served by hand on:

>Arthur Alan Wolk, Esquire
>Wolk & Genter, P.C.
>1710-12 Locust Street
>Philadelphia PA 19103


_____
RICHARD M. BERNSTEIN
Assistant United States Attorney