July 22, 2002

## NOTICE OF STATUS CONFERENCE

**Re:**   *Arthur Alan Wolk v. United States Air Force*
　　　　**Docket No. 02-CV-2909**

Dear Counsel:

Please be advised that a **status conference** in the above-referenced matter has been re-scheduled by the Honorable Berle M. Schiller from Tuesday, July 30, 2002 at 10:00 A.M. to **Tuesday, July 30, 2002 at 3:30 P.M.** in his Chambers, **Room 5614**,

This pretrial conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

　　　　　　　　　　　　　　　　　　　　Very truly yours,


　　　　　　　　　　　　　　　　　　　　Patricia A. Callahan
　　　　　　　　　　　　　　　　　　　　(267) 299-7621
　　　　　　　　　　　　　　　　　　　　Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　Hon. Berle M. Schiller